UNITED STATES DISTRICT COURT

For the Northern District of Illinois

**RECEIVED**

JUL 07 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dexter Saffold
Plaintiff
V.

Buffalo wild wings
CMR Limited partnership
Defendant El Al

1:25-cv-07577
Judge Andrea R. Wood
Magistrate Judge Young B. Kim
RANDOM / CAT 2

Now Comes the complaint /Americans Disability( A.D.A)

UNITED States District court as Jurisdiction over 1201and 504 title three.

Back ground

i
1. On June 22 2025 I entered buffalo wild wings as I was leaving I used a handicap elevator sign

2. Take it too next next platform lift level as I was going down the power shut off on the elevator the doors locked.

3. No lights or air on 06/22/25 power went out it so as a manual box was locked and it did not work.

4. Chicago fire department was call out to try to get me out of the elevator, the manual box that the fire department used did not work.

5. All of these are violations of Americans with Disability these are all acts of violations 1201/504 TITLE 3 (A.D.A) it is the owner and the manager that keeps the building maintained. Failing to make a reasonable combination .

6. I injured the top of my head trying to get out of the elevator the the fire department tried to help me I am also under a doctors care.

7. I have a heart condition it was 98 degrees outside ,and I had stroke, I have glaucoma .

8.i now ask the court to enter a judgement most favorable one in the amount of $ 550.000 plus $405.00 fee .

Dexter Saffold

1507 N clybourn ave  Apt 205

Chicago IL 60610

312 515 1440

*Dexter Saffold* (signature)



1. My name is Dexter Saffold I use a wheel chair for my stroke and my legs doesn't work how they use to due to me having diabetes ,glaucoma and my heart condition .

*Dexter Saffold* [signature]

!.Next argument CFD the elevator broke down the elevator key at CFD used for the key elevator did not work for the manual switch .

2.I was stuck in between the floor in my wheelchair. I Hit top of my head .

3.Americans with disabilities act ADA Title 3 the restaurant own the building where it operates it does not necessarily relieve them of responsibility and both. The restaurant (tenant and the building owner landlord can be held liable for non compliance.

4.All is a violation of ada title 3 of ADA Act 505/ 1201



# Social Security Administration
# Benefit Verification Letter

Date: March 13, 2025
BNC#: 25OH906A38989
REF: A, DI



T9 P1 178605-10-9-1 - 4777 BEV 0313
DEXTER SAFFOLD
UNIT 205
1507 N CLYBOURNE AVE
CHICAGO IL 60610-4444

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning December 2024, the full monthly Social Security benefit before any deductions is $1,615.60.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,615.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on January 8, 2002.

**Information About Past Social Security Benefits**

From December 2023 to November 2024, the full monthly Social Security benefit before any deductions was $1,576.20.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,576.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

See Next Page